# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128343

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KERRY STEEL, INC., KLOCKNER STEEL
TRADE CORPORATION, and MARS STEEL
CORPORATION,
        Plaintiffs-Appellees,

v

                               SC: 128343
                               COA: 249805
                               Oakland CC: 00-026013-CK

LESLIE FRIEDMAN,
        Defendant-Appellant,

and

CAINE STEEL TUBE CORPORATION,
        Defendant.

_____/

      On order of the Court, the application for leave to appeal the December 21, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

s0919